**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:   (925) 215-7733
Facsimile:    (925) 455-2486
sanjay.schmidt@gmail.com

**ALONZO J. GRADFORD (State Bar No. 244201)**
**LAW OFFICE OF ALONZO J. GRADFORD**
1202 "H" St., Suite C
Modesto, California 95354
Ofc. Phone:   (209) 408-0342
Facsimile:    (209) 408-0797
alonzogradford924@gmail.com

Attorneys for Plaintiff Justin Cady

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| **JUSTIN CADY**, | Case No. 2:12-cv-01820-JAM-DAD |
| Plaintiff, | **ORDER ON NOTICE OF SETTLEMENT, GRANTING EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT AND ORDERING DISMISSAL OF ACTION WITH PREJUDICE AFTER SPECIFIED TIME PERIOD ELAPSES** |
| vs. | |
| **CITY OF TURLOCK, TURLOCK POLICE OFFICERS Jason Tosta, Individually, Individually, Kim Briggs, Individually, and DOES 1 THROUGH 30, Jointly and Severally,** | |
| Defendants. | |

Having considered Plaintiff's Notice of Settlement and accompanying Request for Extension of Time to serve the Summons and Complaint and Plaintiff's Request for Dismissal With Prejudice after a specified time period elapses, and good cause appearing therefore,

IT IS HEREBY ORDERED that

**[PROPOSED] ORDER ON NOTICE OF SETTLEMENT, GRANTING EXTENSION OF TIME FOR SERVICE and ORDERING DISMISSAL WITH PREJUDICE AFTER SPECIFIED TIME PERIOD: Case No. 2:12-cv-01820-JAM-DAD**

1

(1) The time for service to be effected on the named Defendants is extended to **December 27, 2012**;

(2) The Complaint shall be dismissed in its entirety, with prejudice, in view of the settlement of this matter, on or after **January 7, 2013**, unless the Plaintiff certifies to this Court prior to January 7, 2013 that the agreed upon consideration for the settlement of this matter has not been delivered over, in which case the case shall not be dismissed.

**IT IS SO ORDERED.**

DATED: November 8, 2012   /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          U. S. DISTRICT COURT JUDGE